UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG DEROCHE,

     Plaintiff,

vs                                      Case No: 13-12664

                                          Honorable Victoria A. Roberts

CITY OF NOVI, ET AL,

     Defendants.

_____/

## <u>ORDER</u>

On Thursday, April 17, 2014, the Court held a telephone conference on two pending motions. Attending were Matthew Brauer for the Plaintiff and Christopher Raiti for the Defendants. Based on the discussion held, the following is ordered:

1. The Court GRANTS Defendants' Motion to Compel Plaintiff to Sign Authorization to Release Records. (Doc. #20)  The Plaintiff must provide signed authorizations by Friday, April 26, 2014, for the medical records requested.

2. The Court GRANTS Plaintiff's Motion to Compel Discovery. (Doc. 21) Defendant is going to provide -- for in camera inspection -- the personal cell phone records of Defendants Linblade, Penzak and Shea. Records are to be provided to the Court within 30 days of this order. Mr. Brauer is to let the Court know, in writing, exactly what the records are being inspected for. The records for department cell phones issued to Defendants Molloy and Rhea have already been produced; Mr. Raiti will file papers with the Court stating that these two Defendants do not have personal cell phones. The other defendants do not have department issued cell phones.

**IT IS ORDERED.**

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  April 25, 2014

The undersigned certifies that a copy of this
document was served on the attorneys of
record by electronic means or U.S. Mail on
April 25, 2014.

s/Linda Vertriest
Deputy Clerk